WILLIAM F. ALTWORTH, Respondent, *v.* THOMAS FLYNN, Appellant.

APPEAL from an order vacating an attachment.

Eugene G. Kremer, for appellant.

Abraham A. Joseph, for respondent.

*Per Curiam.* Reargument ordered for the January General Term.

Present: OLCOTT and O'DWYER, JJ.

Reargument ordered.